with ERNEST SCHMITZ, Respondent, and Others, Defendants.—Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

EDWARD G. JOHNS, Appellant, v. INTERNATIONAL PAPER COMPANY, Respondent. — Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

BARNET STRUCKLER, Respondent, v. BARNET TEITZ and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

FRANCES CASTALDI, an Infant, by VINCENZA CASTALDI, Her Guardian ad Litem, Respondent, v. SALVIN REALTY CORPORATION, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

VINCENZA CASTALDI, Respondent, v. SALVIN REALTY CORPORATION, Appellant. — Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

RACHMAN NOVELTY CO., INC., Respondent, v. ALD REALTY COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

LILLIAN GOLDBERG, Respondent, v. MAURICE GOLDBERG, Appellant.— Judgment modified by reducing the amounts directed to be paid to the plaintiff as and for the support of herself and daughter and for the maintenance and education of the son to the sum of sixty dollars per week, and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

LILLIAN GOLDBERG, Respondent, v. MAURICE GOLDBERG, Appellant.— Motion to dismiss appeal denied. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MICHAEL F. JUDGE, Appellant, Impleaded with Another, Defendant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES WALLACH, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

MATHILDA ELSNER, Respondent, v. CENTRAL UNION GAS COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

In the Matter of the Application for the Judicial Settlement of the Account of Proceedings of JAMES J. FRAWLEY, Public Administrator of the County of New York, etc., of ANTHONY ZUDA, Deceased.— Decree affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

MICHAEL LOUISE, Respondent, v. GEORGE A. JUST & Co., INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

J. MORRIS BURRUSS, Respondent, v. DOROTHY GRAY, Otherwise Known as DOROTHY CLOUDMAN, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at